
# Penn Medicine

**PennCare - Internal Medicine Associates of Delaware County**

Albert H. Fink Jr., MD
Anna Kanyuck, DO
Carl A. Meyer, MD
Gyi P. Mo, MD
Peter B. Nonack, MD
Jamie L. Paik, MD
Daniel E. Soffer, MD
Kathleen Malone, CRNP
Cara L. Kitaeff, PA
Jessica L. Bergstrom, PA-C

June 28, 2021

Maria A Townes
4/20/1943

To whom it may concern,

This letter is to inform that Ms. Maria A Townes has been under my care for following medical problems:

Active Medical Problems:
1) Type 2 diabetes mellitus treated without insulin (CMS-HCC)
2) Hyperlipidemia with target LDL less than 100
3) Essential hypertension, benign
4) Adenocarcinoma of parotid gland (right), multiply recurrent and status post two prior course of RT now with focally deep positive margin
5) RIGHT FACIAL PALSY
6) Urge incontinence
7) Memory loss
8) Lung metastasis (CMS-HCC)
9) Malignant tumor of spinal cord, T2-L1
10) Pleural effusion on right

Due to her medical condition and status of currently active problems she is totally bedbound and cannot mobilize easily. She usually needs assistance from at least to Healthcare assistance even to do her ADLs. Her condition is unlikely to improve in the near future.

Sincerely,

Gyi P. Mo, MD

605 West State Street | Media, PA 19063 | 610-565-8600 | Fax: 610-891-9238

PennChart